UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                Case No. 8:10-bk-15818-MGW
                                                                      Chapter 7

Musser, Timothy R.
Musser, Sharon E.

      Debtors.
_____ /

**TRUSTEE'S AMENDED MOTION TO SELL VEHICLE FREE AND CLEAR OF LIENS**

      **COMES NOW** the Trustee, CAROLYN R. CHANEY, by and through her undersigned attorney, and hereby moves for an Order allowing the Trustee to sell the following vehicle free and clear of all liens pursuant to §363(f) and, in support thereof, would state as follows:

      1.  The Debtors filed their Chapter 7 bankruptcy on June 30, 2010.

      2.  Carolyn R. Chaney is the duly appointed, qualified and acting Trustee in the above referenced bankruptcy estate.

      3.  The Debtors have interest in 2005 Ford F150, VIN#1FTPW12585FA02112, which as been surrendered to Bay Area Auction Services, Inc.

      4.  The 2005 Ford F150 is encumbered by a lien in favor of GTE Federal Credit Union. The lien on the vehicle will be paid from the proceeds upon the sale of the vehicle.

      5.  The Trustee will hold the proceeds from the aforementioned sale free and clear of liens and will pay GTE Federal Credit Union out of the sales proceeds.

      **WHEREFORE**, the Trustee moves for authority to sell the bankruptcy estate's interest and the owners' interest in the vehicle free and clear of liens; and authorize the Trustee to pay GTE Federal Credit Union out of the proceeds from the sale.

      Dated:  March 21, 2011.         /s/Carolyn R. Chaney, Esquire
                                               Attorney for Trustee
                                               Florida Bar Number: 0397822
                                               Post Office Box 530248
                                               St. Petersburg, FL  33747-0248
                                               Telephone:  (727) 864-9851
                                               Facsimile:   (727) 864-3706
                                               Email: carolyn.chaney@earthlink.net

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true copy of the foregoing Trustee's Amended Motion to Sell Vehicles Free and Clear of Liens has been provided by electronic or U.S. Mail delivery on March 21, 2011, to:

Office of U.S. Trustee, at USTPRegion21.TP.ECF@USDOJ.GOV

Timothy R. and Sharon E. Musser, 3302 W. Corona St., Tampa, FL 33629

GTE Federal Credit Union, Attn: Bankruptcy Dept., P.O. Box 172539, Tampa, FL 33672

GTE Federal Credit Union, Attn: John Brancucci, Pres. and CEO, 711 W. Henderson Avenue, Tampa, FL 33602

Perry G. Gruman, Esquire, 3400 W. Kennedy Blvd., Tampa, FL 33609;
Email: linda@grumanlaw.com

Attached Creditor Mailing Matrix.

                                                         /s/Carolyn R. Chaney, Esquire