UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                         Case No. 8:10-bk-15818-MGW
                                               Chapter 7
Musser, Timothy R.
Musser, Sharon E.

     Debtors.
_____/

## NOTICE OF FILING TRUSTEE'S BILL OF SALE

PLEASE TAKE NOTICE THAT, Carolyn R. Chaney, Trustee, hereby files the attached copy of the Trustee's Bill of Sale issued to Bill Menard.

DATED: May 2, 2011.

/s/Carolyn R. Chaney, Trustee
Post Office Box 530248
St. Petersburg, FL 33747-0248
Telephone: (727) 864-9851
Facsimile: (727) 864-3706
Email: carolyn.chaney@earthlink.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Trustee's Bill of Sale has been furnished by electronic or U.S. Mail delivery on May 2, 2011, to:

**Office of U.S. Trustee** at USTPRegion21.TP.ECF@USDOJ.GOV

**Debtors:** Timothy R. and Sharon E. Musser, 3302 W. Corona St., Tampa, FL 33629

**Attorney for Debtors:** Perry G. Gruman, Esquire, 3400 West Kennedy Blvd., Tampa, FL 33609; Email: linda@grumanlaw.com.

/s/ Carolyn R. Chaney, Trustee

This Instrument prepared by:
Bay Area Auction Services, Inc.
8010 U.S. Hwy. 19 North
Pinellas Park, FL 33781
Phone (727)548-9303
Fax (727)548-9403

Return to:

Bill Menard
145 Seaboard Ave
Venice, FL 34285

## TRUSTEE'S BILL OF SALE

KNOW ALL MEN BY THESE PRESENTS:

    That the undersigned, Carolyn R. Chaney, Trustee, in Bankruptcy of the Estate of TIMOTHY R. MUSSER and SHARON E. MUSSER, Case No. 8:10-bk-15818-MGW United States Bankruptcy Court, Middle District of Florida, Tampa Division, for and in consideration of the sum of Four Thousand Dollars ($4000.00) and other valuable consideration, the receipt of which is hereby acknowledged, pursuant to the Report and Notice of Intention to Sell Property of the Estate dated March 15, 2011 a copy of which is attached hereto and incorporated herein by reference as Exhibit "A", the undersigned, as the sole Trustee has bargained and sold, pursuant to the aforementioned Report and Notice, and by these presents does hereby grant and convey to Bill Menard, and the purchasers successors and assigns, all of the Trustee's right, title and interest in a 2004 Ford F250, VIN#1FTNF20L34EA13635 the property listed in Exhibit "A".

    To have and to hold same to Bill Menard and the purchaser's successors and assigns forever. This sale and conveyance is made without regards to the condition of the said property and without limiting the foregoing, the Trustee hereby disclaims any warranties as to the state, quality or merchantability of any of the property.

    This sale and conveyance is made subject to all liens and encumbrances, disclosed or undisclosed, on said property, pursuant to the Report and Notice of Intention to Sell Property of the Estate "As Is, In Its Present Condition" attached as Exhibit "A".

     IN WITNESS WHEREOF, the Trustee has hereunto set his hand and seal this __2__ day of May, 2011.

                                                          _Carolyn R. Chaney_
                                                          CAROLYN R. CHANEY, TRUSTEE
                                                          P.O. Box 530248
                                                          St. Petersburg, FL 33747-0248
                                                          Telephone: (727) 864-9851
                                                          Facsimile: (727) 864-3706

STATE OF FLORIDA
COUNTY OF PINELLAS

     BEFORE ME personally appeared CAROLYN R. CHANEY, TRUSTEE of the Estate of Timothy R. Musser and Sharon E. Musser, to me well known and known to me to be the person described in and who executed the foregoing instrument, and who is personally known to me and swears that the foregoing is true and correct.

     WITNESS my hand and official seal, this __2__, day of May 2011.


_Angela L. Bridges_
NOTARY PUBLIC - STATE OF FLORIDA
My Commission expires:

                        NOTARY PUBLIC-STATE OF FLORIDA
                            Angela L. Bridges
                            Commission # DD718173
                            Expires: SEP. 23, 2011
                        BONDED THRU ATLANTIC BONDING CO., INC.